■ JOHN M. KINGSTON, Appellant, v COUNTY OF ERIE et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed,

without costs. Memorandum: The action against the Sheriff's deputies was properly dismissed as time barred. The one-year limitation governing actions against a Sheriff (CPLR 215 [1]) applies equally to his deputies *(Passonno v County of Rensselaer,* 87 AD2d 693, *appeal dismissed* 59 NY2d 970). (Appeal from order of Supreme Court, Erie County, Kasler, J.—dismiss action.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.